IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Douglas Allan Andresen, | ) | No. CV 05-2767-PHX-MHM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph Arpaio, et al., | ) | |
| Defendants. | ) | |

    Plaintiff, Douglas Allan Andresen, filed his Civil Rights Complaint on September 9, 2005. (Dkt.#1). On April 12, 2006 the Court issued a screen order advising Plaintiff that "at all times during the pendency of this action, Plaintiff shall immediately advise the Court and the United States Marshal of any change of address and its effective date. (Dkt.#3). On April 20, 2006 Plaintiff's copy of the April 12, 2006 orders were returned by the post-office with the notation "Not Deliverable as Addressed." (Dkt.#5).

    The Magistrate Judge filed his Report and Recommendation on April 24, 2006 recommending that Plaintiff's case be dismissed without prejudice for failure to comply with Rule 3.4, Local Rules of Civil Procedure for the United States District Court for the District of Arizona and Rule 41(b), Fed. R. Civ. P. (Dkt.#6). The Court notes that the Plaintiff's copy of the Report and Recommendation has been returned by the post-office. (Dkt.#7). The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1 **Accordingly,**

2 **IT IS HEREBY ORDERED** adopting the Report and Recommendation of the
3 Magistrate Judge as the order of this Court. (Dkt.#6).

4 **IT IS FURTHER ORDERED** dismissing this case for Plaintiff's failure to comply
5 with Rule 3.4, Local Rules of Civil Procedure for the United States District Court for the
6 District of Arizona and Rule 41(b), Fed. R. Civ. P.

7 DATED this 12th day of June, 2006.

_____
Mary H. Murguia
United States District Judge